UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Taunya W. Henson | ORDER OF DISMISSAL RE: RULE 16 |
| | CIVIL NUMBER: 4:12-cv-00099-JAJ |
| Plaintiff | |
| v | |
| Rausch Sturm Israel & Hornick, SC | |
| Defendant | |

With notice given according to Local Rule 41.1(b)(2) and no action taken,

IT IS ORDERED that the above-entitled action is dismissed without prejudice under Local Rule 41.1(b)(1)(D) for failure to file a scheduling report as required by Local Rule 16.

Dated this 5th day of October, 2012

CLERK, U.S. DISTRICT COURT

By: /s/ G.Kampling

Deputy Clerk